NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARLOS A. DIAZ-LABOY,**

*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**

*Defendant-Appellee.*

---

2012-5072

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-751, Judge Lawrence J. Block.

---

**JUDGMENT**

---

MICHAEL D.J. EISENBERG, Law Office of Michael D.J. Eisenberg, of Washington, DC, argued for plaintiff-appellant.

KIMBERLY I. KENNEDY, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, AND WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 11, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |